| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|

UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
Cal Bar Number 171701
11620 Wilshire Blvd. Ste. 900
Los Angeles, California 90025
Tele 310.887.1837
Email joe@ulawoffices.com

ATTORNEY(S) FOR: Plaintiff, Joseph R. Meehan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH R. MEEHAN

Plaintiff(s),

v.

NATASHA LOXTON aka NATASHA HARRISON, OLIVIA HASLER and PRISCILLA KELLY,

Defendant(s).

CASE NUMBER:

2:20−cv−08802 MWF (Ex)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff, Joseph R. Meehan or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. JOSEPH R. MEEHAN | 1. Plaintiff - Party |
| 2. NATASHA LOXTON aka NATASHA HARRISON, | 2. Defendant - Party |
| 3. OLIVIA HASLER | 3. Defendant - Party |
| 4. PRISCILLA KELLY | 4. Defendant - Party |

09.28.2020
Date

/s/ Joe Utzurrum
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Joseph R. Meehan