AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JOSEPH R. MEEHAN

*Plaintiff(s)*

v.

NATASHA LOXTON aka NATASHA HARRISON, OLIVIA HASLER and PRISCILLA KELLY

*Defendant(s)*

Civil Action No. 2:20-cv-08802 MWF (Ex)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Olivia Hasler
5466 Baldwin Park St
Unit 203
Orlando FL 32814-6938

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
11620 Wilshire Blvd. Ste. 900
Los Angeles, California 90025
Tele 310.887.1837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/25/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Olivia Hasler**
was received by me on *(date)* **10/15/2020**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Lori Hasler, mother - Co-Occupant**
**44 Marshwood Dr, #1 Collegeville, PA 19426**, a person of suitable age and discretion who resides there,
on *(date)* **10/16/2020**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **00** for travel and $ **161.00** for services, for a total of $ **161.00**.

I declare under penalty of perjury that this information is true.

Date: **11/05/2020**

*Server's signature*

**Timothy L. Weldon**
*Printed name and title*

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

*Server's address*

Additional information regarding attempted service, etc:

(1) Home: 44 Marshwood Dr, #1, Collegeville, PA 19426

On 10/14/2020 6:33:00 PM at address (1) above. No Answer No answer.
On 10/15/2020 5:00:00 PM at address (1) above. No Answer No answer.
On 10/16/2020 1:13:00 PM at address (1) above. Not In Subject not in.

Print    Save As...    Reset